IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE P. LUEBANO, JR., *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-13-0079 |
| SETERUS, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Opinion of even date, the claims against Jeffrey Hardaway are dismissed without prejudice, and the claims against Seterus, Inc. are dismissed with prejudice.

SIGNED on March 28, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge